IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**D.M.,** *individually and as a friend of* **PLAINTIFFS**
**N.M.** *and* **A.M.,** *two minor children*

v.                                  CIVIL ACTION NO. 2:20-cv-048-TBM-JCG

**FORREST COUNTY SHERIFF DEPARTMENT,**
*current and past sheriff elected at time of harm*;
**ALYSSA CHANDLEE,** *individually and in her professional capacity*; **FORREST COUNTY BOARD OF SUPERVISORS;**
**FORREST COUNTY DISTRICT ATTORNEY'S OFFICE;**
*and* **ASSISTANT DISTRICT ATTORNEY BECKY DENHAM,**
*individually and in her official capacity*                     **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Order entered this date, the Motion to Dismiss filed by the Forrest County District Attorney's Office and Assistant District Attorney Becky Denham is granted. Further, the Motion for Judgment on the Pleadings filed by the Forrest County Sheriff's Department, the Forrest County Board of Supervisors, and Alyssa Chandlee is also granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiffs' claims against the District Attorney's Office and Assistant District Attorney Becky Denham in her official capacity are DISMISSED WITHOUT PREJUDICE, and Plaintiffs' claims against District Attorney Becky Denham in her individual capacity are DISMISSED WITH PREJUDICE.

IT IS, FURTHER, ORDERED AND ADJUDGED that Plaintiffs' claims against Alyssa Chandlee, the Forrest County Sheriff's Department, and the Forrest County Board of Supervisors are DISMISSED WITH PREJUDICE. This CASE is CLOSED.

This, the 8th day of September, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE